**Order filed August 4, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00349-CV

_____

## IN THE INTEREST OF M.M.S., A CHILD

---

### On Appeal from the 315th District Court
### Harris County, Texas
### Trial Court Cause No. 2015-00951J

---

## ORDER

This is an appeal from a judgment in a parental termination case signed March 1, 2016. The reporter's record was filed May 5, 2016.

Our review has determined that a relevant item has been omitted from the reporter's record. The record does not contain a transcript of the adversary hearing that took place April 14, 2015.

Cara C. Skinner, the court reporter for the 315th District Court, is directed to file a supplemental reporter's record on or before August 19, 2016, containing a transcript of the April 14, 2015 adversary hearing.

PER CURIAM

.